HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-114 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 31, 2014, AT 9:00 A.M. |
| v. | ) ) | |
| GERARDO OROZCO LOPEZ, | ) ) | Date:   June 26, 2014 Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for June 26, 2014, at 9:00 a.m., to July 31, 2014, at 9:00 a.m.

Counsel for Mr. Lopez requires additional time to review discovery and confer with him. The government has provided over 9,000 pages of discovery, which includes investigative reports and other documents.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through July 31, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 24, 2014                     HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ M.Petrik_____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender

DATED: June 24, 2014                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for_____
                                         OLUSERE OLOWOYEYE
                                         Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for July 31, 2014, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including July 31, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  June 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT