HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
GERARDO OROZCO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO OROZCO LOPEZ,<br><br>　　　　　Defendant. | Case No. 14-114 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 19, 2015, AT 9:00 A.M.<br><br>Date:　　October 8, 2015<br>Time:　　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

　　　　The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for October 8, 2015, at 9:00 a.m., to November 19, 2015, at 9:00 a.m.

　　　　Counsel for Mr. Lopez requires additional time to review discovery and confer with him. The government has provided over 9,000 pages of discovery, which includes investigative reports, and other documents.  Counsel for Mr. Lopez also requires time to negotiate with the government and the United States Attorney's Office for the Northern District of California in an effort to resolve this matter short of trial.

　　　　Counsel and the defendant agree that the Court should exclude the time from the date of the date of the parties stipulation, October 6, 2015, up to and including November 19, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: October 6, 2015                     HEATHER E. WILLIAMS
                                              Federal Defender
4
5                                             /s/ M.Petrik_____
                                              MICHAEL PETRIK, Jr.
6                                             Assistant Federal Defender

7  DATED: October 6, 2015                     BENJAMIN B. WAGNER
                                              United States Attorney
8
9                                             /s/ M.Petrik for_____
                                              SAMUEL WONG
10                                            Assistant U.S. Attorney

11                                      **O R D E R**

12  The Court, having received, read, and considered the stipulation of the parties, and good
13  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds
14  that the failure to grant a continuance in this case would deny defense counsel reasonable time
15  necessary for effective preparation, taking into account the exercise of due diligence.  The Court
16  finds that the ends of justice served by granting the continuance outweigh the best interests of the
17  public and defendant in a speedy trial. The status conference is rescheduled for November 19,
18  2015, at 9:00 a.m., and the time from the date of the parties stipulation, October 6, 2015, up to
19  and including November 19, 2015, is excluded from computation of time within which the trial
20  of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7),
21  Local Code T4.

22  IT IS SO ORDERED.
23  Dated: October 9, 2015

                                              _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT