1  BENJAMIN B. WAGNER
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:14-CR-114 MCE

12                     Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                v.                    ORDER

14 GERARDO OROZCO LOPEZ,                DATE: December 10, 2015
                                        TIME: 9:00 a.m.
15                     Defendant.       COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.       By previous order, this matter was set for status on December 10, 2015.

21         2.       By this stipulation, defendant now moves to continue the status conference until January

22 7, 2016, and to exclude time between December 10, 2015, and January 7, 2016, under Local Code T4.

23         3.       The parties agree and stipulate, and request that the Court find the following:

24                  a)      The government has represented that the discovery associated with this case

25 includes 9,000 pages, including investigative reports, recordings, and other documents. All of

26 this discovery has been either produced directly to counsel and/or made available for inspection

27 and copying.

28                  b)      Counsel for defendant desires additional time to review discovery and confer with

1   the client.  This consultation is especially necessary because the defendant faces a potential

2   parallel case in the Northern District of California.

3       c)      Counsel for defendant believes that failure to grant the above-requested

4   continuance would deny him/her the reasonable time necessary for effective preparation, taking

5   into account the exercise of due diligence.

6       d)      The government does not object to the continuance.

7       e)      Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of December 10, 2015 to January 7,

12  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13  T4] because it results from a continuance granted by the Court at defendant's request on the basis

14  of the Court's finding that the ends of justice served by taking such action outweigh the best

15  interest of the public and the defendant in a speedy trial.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 8, 2015                          BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ AMANDA BECK
                                                 AMANDA BECK
                                                 Assistant United States Attorney

Dated:  December 8, 2015                          /s/ MICHAEL PETRIK, JR.
                                                 MICHAEL PETRIK, JR.
                                                 Counsel for Defendant
                                                 GERARDO OROZCO LOPEZ



**ORDER**

IT IS SO ORDERED.

Dated:  December 10, 2015


                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT