1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MICHAEL PETRIK, Jr., #177913
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
     GERARDO OROZCO LOPEZ

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,      )    Case No. 14-114 MCE
                                    )
11               Plaintiff,         )    STIPULATION AND ORDER TO CONTINUE
                                    )    STATUS CONFERENCE TO JANUARY 28,
12       v.                          )    2016, AT 9:00 A.M.
                                    )
13    GERARDO OROZCO LOPEZ,       )    Date:     January 7, 2016
                                    )    Time:     9:00 a.m.
14               Defendant.      )    Judge:   Hon. Morrison C. England, Jr.
                                    )
15    _____ )

16

17        The parties stipulate, through respective counsel, that the Court should reschedule the

18    status conference set for January 7, 2016, at 9:00 a.m., to January 28, 2016, at 9:00 a.m.

19        Counsel for Mr. Lopez requires additional time to review discovery and confer with him.

20    The government has provided over 9,000 pages of discovery, which includes investigative

21    reports, and other documents.  Counsel for also requires time to review the plea agreement with

22    Mr. Lopez in light of the discovery.

23        Counsel and the defendant agree that the Court should exclude the time from the date of

24    the date of the parties stipulation, January 5, 2016, up to and including January 28, 2016, when it

25    computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18

26    U.S.C. § 3161(h)(7), Local Code T4.

27

28

   Stipulation to Continue                 -1-                      14-114 MCE

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED: January 5, 2016                HEATHER E. WILLIAMS
                                            Federal Defender
4
5                                          /s/ M.Petrik_____
                                            MICHAEL PETRIK, Jr.
6                                          Assistant Federal Defender

7    DATED: January 5, 2016                BENJAMIN B. WAGNER
                                            United States Attorney
8
9                                          /s/ M.Petrik for_____
                                            AMANDA BECK
10                                          Assistant U.S. Attorney

11                              **O R D E R**

12        The Court, having received, read, and considered the stipulation of the parties, and good

13   cause appearing, adopts the stipulation in its entirety as its order.  It specifically finds that the

14   failure to grant a continuance in this case would deny defense counsel reasonable time necessary

15   for effective preparation, taking into account the exercise of due diligence.  The Court further

16   finds that the ends of justice served by granting the continuance outweigh the best interests of the

17   public and defendant in a speedy trial.  The status conference is hereby rescheduled for January

18   28, 2016, at 9:00 a.m., and time from the date of the parties stipulation, January 5, 2016, up to

19   and including January 28, 2016, is excluded from computation of time within which the trial of

20   this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local

21   Code T4.

22        IT IS SO ORDERED.

23   Dated:  January 11, 2016

24

25   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
26   UNITED STATES DISTRICT COURT

27

28